# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GERALDINE DARDEN,

CASE NO. 1:12-cv-00663-SKO PC

        Plaintiff,

ORDER STRIKING DUPLICATIVE MOTION

   v.

(Doc. 19)

MOHAMMAD ARAIN, M. D.,

        Defendant.

_____/

     On January 3, 2013, Plaintiff Geraldine Darden, a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action, filed a motion entitled "Motion to Add Legal Principle; Res Judicata." (Doc. 19.) The motion was dated December 11, 2012, by Plaintiff. The Court previously issued its ruling on an identical motion filed by Plaintiff on December 14, 2012. (Docs. 14, 15.)

     In as much as the motion filed on January 3, 2013, is duplicative of the motion previously filed by Plaintiff and denied by the Court, the motion is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   January 4, 2013**          _____/s/ Sheila K. Oberto_____
UNITED STATES MAGISTRATE JUDGE