# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE DARDEN, | CASE NO. 1:12-cv-00663-SKO PC |
| Plaintiff, | ORDER DENYING MOTION FOR STATUS AS MOOT AND DIRECTING CLERK'S OFFICE TO PROVIDE COURTESY COPY OF DOCKET |
| v. | |
| MOHAMMAD ARAIN, M. D., | (Doc. 21) |
| Defendant. | |

On January 3, 2013, Plaintiff Geraldine Darden, a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action, filed a motion seeking a status report regarding her motion for reconsideration and notices of appeal. Plaintiff's motion was denied on December 26, 2012, and her appeals have been processed.

Accordingly, Plaintiff's motion for the status of her filings is HEREBY DENIED as moot. The Clerk's Office SHALL provide Plaintiff with a copy of the docket in this action as a one-time courtesy. Plaintiff is placed on notice, however, that further status motions will be stricken from the record.

IT IS SO ORDERED.

**Dated:   January 7, 2013**              /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE