# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE DARDEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MOHAMMAD ARAIN, M. D.,<br><br>　　　　Defendant. | CASE NO. 1:12-cv-00663-SKO PC<br><br>APPEAL NO. 12-17814<br><br>ORDER GRANTING MOTION FOR EXCERPTS OF RECORD AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPIES AND SERVE ORDER ON NINTH CIRCUIT<br><br>(Doc. 26) |

　　　On March 29, 2013, Plaintiff Geraldine Darden, a state prisoner proceeding pro se and in forma pauperis, filed a motion seeking a copy of the record in this case.

　　　This civil rights action was dismissed on October 26, 2012, for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983, and there is an appeal pending at the United States Court of Appeals for the Ninth Circuit. Pursuant to Circuit Rule 30-3, prisoners proceeding pro se are entitled to excerpts of record upon request to the district court, and pursuant to Circuit Rule 17-1.4, excerpts of record for this action are the docket sheet, Plaintiff's complaint, the Court's screening order and judgment, Plaintiff's motion for reconsideration, and the Court's order denying reconsideration.

　　　Accordingly, the Court HEREBY ORDERS as follows:

　　　1.　　Plaintiff's motion for excerpts of record, filed on March 29, 2013, is GRANTED;

　　　2.　　The Clerk's Office shall provide Plaintiff with a copy of the docket and copies of the following documents: complaint (#1), screening order and judgment (#11, #12), motion for reconsideration (#13), and order denying reconsideration (#15); and

///

3. The Clerk's Office shall serve a courtesy copy of this order on the Ninth Circuit.

IT IS SO ORDERED.

**Dated:**   **April 4, 2013**              /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE